IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE PAPILLION,

    Plaintiff,                             No. CIV S-05-0708 CMK

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.                         ORDER

/

        Plaintiff brings this action challenging a decision of the Commissioner of Social Security.  This action was referred to the undersigned pursuant to Local Rule 72-302(c)(15). Currently before the court is defendant's ex parte motion for an extension of time to respond to plaintiff's complaint.

        Good cause appearing, IT IS ORDERED that defendant's motion for an extension of time is granted.  Defendant is granted an extension of time to and including February 10, 2006 to file her response to plaintiff's complaint.

DATED: January 9, 2006.

                                                                 CRAIG M. KELLISON
                                                                  UNITED STATES MAGISTRATE JUDGE