IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE A. PAPILLION, Sr.,

        Plaintiff,

    vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

        Defendant.

_____/

No. CIV. S-05-0708 CMK

ORDER TO SHOW CAUSE

        On August 16, 2005, the parties were directed to return to the Clerk, within 90 days, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff has failed to return the form.

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that within 10 days from the date this order is filed, plaintiff is directed to show cause, in writing, why the form was not timely returned to the Clerk.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

DATED:   January 11, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE