IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE A. PAPILLION, SR,

        Plaintiff,                       No. CIV. S-05-0708 CMK

        vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

        Defendant.                   <u>ORDER</u>
_____/

      On January 12, 2006, the court issued an order directing plaintiff to show cause why he had not timely returned the "consent to assignment" form to the Clerk of the Court. On January 19, 2006, plaintiff returned said form to the Clerk of the Court.

      Good cause appearing IT IS ORDERED that the January 12, 2006 order to show cause will be discharged.

DATED: February 28, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE