1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURICE A. PAPILLION, SR.

11           Plaintiff,                    No. CIV S-05-0708 CMK

12       vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social Security,          ORDER TO SHOW CAUSE
14
            Defendant.
15   _____/

16           Defendant has lodged the administrative transcript and filed an answer in this

17   action.  Pursuant to the scheduling order, the time has now passed for plaintiff to file a motion

18   for summary judgment and/or motion for remand.  The parties were advised in the scheduling

19   order that the court is not responsible for reminding them of scheduling deadlines and that failure

20   to adhere to the schedule may result in sanctions, including dismissal.  L.R. 11-110.  Plaintiff

21   also was advised that plaintiff has an affirmative duty to prosecute this action, and that failure to

22   do so may result in a dismissal for lack of prosecution.  Fed. R. Civ. P. 41(b).

23   /////

24   /////

25   /////

26   /////

1

1          Accordingly,  IT IS HEREBY ORDERED that plaintiff show cause, in writing,

2    no later than ten days from the date of this order, why this action should not be dismissed for

3    failure to prosecute.

4

5    DATED:   July 18, 2006.

6

7                                                 _____

                                                  **CRAIG M. KELLISON**

8                                                 UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26