IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE A. PAPILLION, Sr.,

    Plaintiff,                                   CIV S-05-0708 CMK

    vs.

JO ANNE B. BARNHART,                     ORDER
Commissioner of Social Security,

    Defendant.

_____/

        On August 4, 2006, plaintiff filed a request for oral argument on his motion for summary judgment. (Doc. 22.) At this time, the court denies plaintiff's request for oral argument without prejudice.

        IT IS SO ORDERED.

DATED: August 10, 2006.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1